# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

ALVARO JENKINS,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03534-RFB-EJY

**ORDER**

Petitioner Alvaro Jenkins initiated this immigration-habeas proceeding on October 23, 2026, by submitting a *pro se* Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1-1. Since entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order, ECF No. 3, it has come to the Court's attention that Petitioner has an earlier-filed immigration-habeas proceeding that is pending before this Court and is duplicative of this proceeding: Alvaro Jenkins v. Todd Blanche, No. 2:26-CV-03485-RFB-NJK.

Accordingly, **IT IS HEREBY ORDERED** that the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3) is **VACATED,** and this case is **DISMISSED** without prejudice to Petitioner's ability to pursue his claims in his other habeas case: 2:26-CV-03485-RFB-NJK

The Clerk of the Court is kindly **INSTRCTED** to **CLOSE** this case, and **SEND** a courtesy copy of the Standard Procedures Order (ECF No. 3) and this Order to Petitioner at Nevada Southern Detention Cetner.

**DATED:** October 28, 2026

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**